**Opinion issued September 1, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-16-00384-CV**

————————————

**RICHARD A. HAASE AND AUDREY LOIS HAASE, Appellants**

**V.**

**COUNTRYWIDE HOMES LOANS, INC, BANK OF AMERICA
CORPORATION, BANK OF AMERICA , N.A., MORGAN STANLEY ABS
CAPITAL I, INC., CERTIFICATE HOLDERS FOR MORGAN STANLEY
ABS CAPITAL I, INC TRUST 2006-HE6, MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2006-HE6, Appellees**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Case No. 07-CV-161177**

---

**MEMORANDUM OPINION**

Appellants, Richard A. Haase and Audrey Lois Haase, filed a notice of appeal

to the Court of Appeals for the Federal Circuit and state they are appealing from the

Southern District of Texas. The Fort Bend District Clerk assigned the appeal to this Court. On May 17, 2016, Ana Alas, a Deputy District Clerk in the Fort Bend District Clerk's Office, filed an affidavit stating that she inadvertently assigned this appeal to the First Court of Appeals. An attachment to this affidavit reflects the action filed by the Haases in the United States District Court for the Southern District of Texas.

On June 15, 2016, this Court issued a notice to appellants, advising them that we would dismiss the appeal for want of jurisdiction unless they filed a response on or before June 27, 2016 establishing that this Court had jurisdiction. No response was received.

Accordingly, we dismiss this appeal for lack of jurisdiction.

**PER CURIAM**

Panel consists of Chief Justice Radack, and Justices Higley and Huddle.